UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>HARVEY W. KUIKEN,<br><br>               Defendant/Judgment Debtor,<br><br>   v.<br><br>COMPASS ONE, LLC, c/o CORPORATION SVC. CO.,<br><br>               Garnishee. | Case No. MC17-0134RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Harvey W. Kuiken, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Compass One, LLC, c/o Corporation Svc. Co. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on October 23, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

Dated this 24th day of October, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge